**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, <br><br> Plaintiff, <br><br> v. <br><br> LA MIRADA PLAZA LLC, a California Limited Liability Company; and DOES 1-10, inclusive <br><br> Defendants. | Case No. 2:17-cv-06000-ODW(AGR) <br><br> **JUDGMENT** |

## JUDGMENT

In light of the Court's Order **GRANTING** Plaintiff Nehemiah Kong's Motion for Default Judgment (ECF No. 15), **IT IS HEREBY ORDERED:**

1. Plaintiff Nehemiah Kong shall have **JUDGMENT** in his favor in the amount of $6,545.00 against defendant La Mirada Plaza LLC.
2. Defendant La Mirada Plaza LLC is ordered to provide ADA compliant van accessible parking spaces at the property located at or about 15526 La Mirada Blvd., La Mirada, California.
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 20, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**